UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOEWRELL LENOIR,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN BRENDA M. CASH, et al.,<br><br>    Defendants. | NO. CV 12-9325-JFW (AGR)<br><br>ORDER DISMISSING COMPLAINT |

    On November 2, 2012, Plaintiff filed a civil rights complaint. The only named defendants were Cash, the warden at the California Institution for Men ("CIM") and Larson, a lieutenant at CIM. (Complaint at 2.) On August 9, 2013, Defendants filed a motion to dismiss. When Plaintiff's opposition was overdue, on September 26, 2013, the magistrate judge ordered Plaintiff to file an opposition. (Dkt. No. 17.) Plaintiff did not file an opposition.

    On February 6, 2014, the magistrate judge recommended that Defendants' motion be granted in part. (Dkt. No. 19.) Plaintiff did not file objections. The Report was returned by CIM because Plaintiff refused it. (Dkt. No. 21.) On March 24, 2014, the Court accepted the findings and recommendation of the

Report and ordered: (1) the claims against Defendants Cash and Larson in their official capacities be dismissed with prejudice; (2) the claims against Cash and Larson in their individual capacities be dismissed but with leave to amend;[1] and (3) Defendants' claims of qualified immunity be denied without prejudice. (Dkt. No. 23)

The Court gave Plaintiff 30 days from the date of entry of the March 24 order to file a first amended complaint amending the claims against Cash and Larson in their individual capacities. (*Id.*) Plaintiff did not file a first amended complaint. The Court's order was returned by CIM because Plaintiff refused it. (Dkt. No. 24.)

Accordingly, the claims against Cash and Larson in their individual capacities are DISMISSED with prejudice.

Plaintiff also identified John Doe, a sergeant at CIM. (Complaint at 2.) On February 5, 2014, the magistrate judge issued a minute order in which she ordered Plaintiff to provide sufficient identifying information about Doe so he could be served. The magistrate gave Plaintiff until March 5, 2014, to do so. The magistrate admonished Plaintiff that if he failed to comply with her order, the claims against Doe would be subject to dismissal for failure to serve. (Dkt. No. 18.) Plaintiff did not provide the information. The magistrate's order was returned by CIM because Plaintiff refused it. (Dkt. No. 22.)

Accordingly, the claim against John Doe is dismissed without prejudice.

DATED: May 30, 2014

JOHN F. WALTER
United States District Judge

---

[1] The magistrate judge found that Plaintiff failed to state a claim against Cash and Larson in their individual capacities. (Report at 8.)

2