UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOEWRELL LENOIR,<br><br>        Plaintiff,<br><br>  v.<br><br>WARDEN BRENDA M. CASH, et al.,<br><br>        Defendants. | NO. CV 12-9325-JFW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Complaint,

IT IS ADJUDGED that judgment is entered for Defendants.

DATED: May 30, 2014

_____
JOHN F. WALTER
United States District Judge